## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 12-766-RGA |
| | ) |
| v. | ) |
| | ) |
| HITACHI DATA SYSTEMS CORP., et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATED MOTION TO DISMISS

Plaintiff Parallel Iron, LLC ("Parallel Iron"), and defendants Hitachi Data Systems Corporation and BlueArc Corporation (collectively, "Defendants") hereby move pursuant to Fed. R. Civ. P. 41(a)(2) and (c) for an order dismissing all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees as follows: (1) All claims expressly asserted in this action by Parallel Iron for the alleged infringement of the Patents-in-Suit against Defendants solely with respect to the parallel Network Files System (pNFS) product line allegedly developed and used by BlueArc Corporation should be dismissed WITH PREJUDICE; (2) Any claims that were asserted in this action related to all other product lines of Defendants including, but not limited to, the Virtual Storage Platform (VSP), Hitachi Command Suite, and the Hitachi Unified StorageSeries (HUS VM and HUS 100), should be dismissed WITHOUT PREJUDICE; and (3) Defendants' counterclaims asserted in this action should be dismissed WITHOUT PREJUDICE.

November 11, 2013

| BAYARD, P.A. | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Richard L. Horwitz* |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (rh2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (dm3983) |
| Vanessa R. Tiradentes (vt5398) | Hercules Plaza, 6th Floor |
| 222 Delaware Avenue, Suite 900 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 984-6000 |
| sbrauerman@bayardlaw.com | rhorwitz@potteranderson.com |
| vtiradentes@bayardlaw.com | dmoore@potteranderson.com |
| (302) 655-5000 | |
| | *Attorneys for Defendant Hitachi Data Systems* |
| *Attorneys for Plaintiff Parallel Iron, LLC* | *Corporation and BlueArc Corporation* |

IT IS SO ORDERED THIS 12TH day of November, 2013.

*[signature]*

The Honorable Richard G. Andrews
United States District Judge